IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 MAY 15 PM 12:58
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| AMIGO BROADCASTING, L.P., § | |
|    Plaintiff, § | |
| § | |
| v. § | CAUSE NO. A-05-CV-193-JN |
| § | |
| SPANISH BROADCASTING SYSTEM, § | |
| INC., RAUL BERNAL, and JOAQUIN § | |
| GARZA, § | |
|    Defendants. § | |

## ORDER

Before the Court is the above-entitled cause of action. Based on the Court's Memorandum and Ruling on Defendants' Motions for Judgment as a Matter of Law, dismissing with prejudice all of Plaintiffs' claims against Defendants, the Court now enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled cause of action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

SIGNED AND ENTERED this _12th_ day of May, 2006.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE