FILED

JUN 0 5 2006

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMIGO BROADCASTING, L.P., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. A-05-CV-193-JN |
| § | |
| SPANISH BROADCASTING § | |
| SYSTEM, INC.; RAUL BERNAL; § | |
| AND JOAQUIN GARZA, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEAL

1. Notice is given that Amigo Broadcasting, L.P. and its Assignee, Tejas Broadcasting Ltd., LLP the Plaintiffs in the above named case, appeal to the United States Court of Appeals for the Fifth Circuit from the following orders:

   a. Orders on Defendants' Spanish Broadcasting, Inc.'s and Raul Bernal and Joaquin Garza's Motions for Judgment as a Matter of Law orally granted on May 4, 2006 and entered on May 8, 2006 (Docket Number 113);

   b. Order granting Spanish Broadcasting, Inc.'s Motion for Judgment as a Matter of Law and Raul Bernal and Joaquin Garza's Motion for Judgment as a Matter of Law, and that claims against Defendant SBS, Garza and Bernal dismissed with prejudice entered on May 15, 2006 (Docket Number 114); and

   c. Order dismissing the above-entitled cause of action entered in this action on May 15, 2006 (Docket Number 115).

2. Notice is further given that that Amigo Broadcasting, L.P. and its Assignee, Tejas Broadcasting Ltd., LLP the Plaintiffs in the above named case, appeal to

the United States Court of Appeals for the Fifth Circuit this Court's ruling that the contracts at issue are unambiguous.

Dated June 2, 2006.

                          Respectfully submitted,

                          By: _____
                              J. Michael Tibbals
                              Bar No. 20017500

**SNELL WYLIE & TIBBALS**
8150 North Central Expressway
Suite 1800
Dallas, TX 75206
Phone (214) 691-2500
Fax (214) 691-2501
**ATTORNEYS FOR PLAINTIFF AMIGO BROADCASTING, L.P. AND ITS ASSIGNEE, TEJAS BROADCASTING LTD., LLP**

## CERTIFICATE OF SERVICE

    I hereby certify that pursuant to the Federal Rules of Civil Procedure a true and correct copy of this document has been served, via certified mail, return receipt requested, on this 2nd day of June, 2006 on:

    Bruce A. Griggs
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    301 Congress Avenue, Suite 1250
    Austin, Texas 78701

    John K. Schwartz
    Locke Liddell & Sapp LLP
    100 Congress Ave., Suite 300
    Austin, Texas 78701

                              _____
                              J. Michael Tibbals