# SNELL WYLIE & TIBBALS

### A PROFESSIONAL CORPORATION
*Attorneys & Counselors*

Kerri E. Knox
8150 North Central Expressway
Suite 1800
Dallas, Texas 75206

Telephone: (214) 691-2500
Facsimile:  (214) 691-2501
kknox@snellwylie.com

December 05, 2006

William Putnicki, Clerk of the Court
U.S. District Clerk's Office
200 West 8th St., Room 130
Austin, Texas 78701

Re: USCA#: 06-50748 / USDC#: A: 05CV193-JRN
*Amigo Broadcasting, LP vs. Spanish Broadcasting Systems, Inc., et al.*
Cause No. A05CA193 LY,
U.S. District Court, Western District of Texas

Dear Mr. Putnicki:

Pursuant to my telephone conference with the Deputy Clerk in the Western District, Margarita, please allow this correspondence to serve as a supplement to our previous request of November 11, 2006 regarding deficiencies in the record on appeal. In connection with our review of the record, the following additional deficiency is noted:

**2 Vol. Trial Exhibits:**
All trial exhibits designated by the Defendants were not included in the record on appeal.

Should you have any questions regarding this matter, please contact me immediately at the number above.

Very truly yours,

*Kerri E. Knox* (signature)

Kerri E. Knox

KEK:ms

## SNELL WYLIE & TIBBALS

December 5, 2006
Page 2


cc:
Bruce A. Griggs, Esq (*via electronically*)
John K. Schwartz, Esq. (*via electronically*)
Raquel Kocher (via email rkocherm@sbcglobal.net)
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130