IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 APR 18 PM 3: 53
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

| | | |
|---|---|---|
| AMIGO BROADCASTING, LP, | § | |
| | § | |
| V. | § | A-05 -CV-193-JRN |
| | § | |
| | § | |
| SPANISH BROADCASTING SYSTEM, | § | |
| INC., RAUL BERNAL, JOAQUIN GARZA. | | |

## ORDER

Before the Court in the above entitled and styled cause of action is Plaintiff's Motion for a Continuance, filed April 17, 2008 (Doc. #161). Having considered the record in this case, the Court believes Plaintiff's motion should be **GRANTED.**

**ACCORDINGLY, IT IS ORDERED** that Plaintiff's Motion for a Continuance, filed April 17, 2008 (Doc. #161) is **GRANTED.**

**IT IS FURTHER ORDERED** that on or before May 23, 2008 the parties are to conduct a status conference and mediation with United States Magistrate Judge Andrew Austin to review the remaining issues in this case. The parties should contact Linda Clevenger in the chambers of Judge Austin to schedule said conference.

**IT IS FURTHER ORDERED** that this case is set for a final pretrial conference on May 23, 2008 at 2PM in the chambers of United States District Judge James R. Nowlin, United States Courthouse, 200 West 8th Street, Austin, Texas 78746.

**IT IS FINALLY ORDERED** that this case is set for jury selection and trial to commence on May *Tuesday* 27, 2008 at 9AM in Courtroom 1, United States Courthouse, 200 West 8th Street, Austin, Texas 78746.

SIGNED this the 18th day of April, 2008

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE